UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUJUN GUO, *et al.*,
                      Plaintiffs,

-v-

ALEJANDRO MAYORKAS, *et al.*,
                      Defendants.

21-CV-10114 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendants Alejandro Mayorkas, Timothy Houghton, and Scott Velez filed a motion to dismiss the petition in this case on January 31, 2022.  (Dkt. No. 4.)  Plaintiffs Youjun Guo and Ping Min have not yet responded to the motion.  Plaintiffs are informed that they must submit a response to Defendants' motion to dismiss on or before May 13, 2022.  If they fail to do so, the motion to dismiss will be treated as unopposed.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs.

      SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge